IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

KRISTI MILLER,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:19-00785

S-D-R TRUCKING,
INCORPORATED,

    Defendant.

## ORDER

Having been advised by representation of counsel of the pending settlement of this action, the court finds it unnecessary for further proceedings to be conducted herein. Accordingly, the court **ORDERS** as follows:

1.  That the Clerk retire this action from the active docket of this court. The parties may, within thirty (30) days after entry of this Order, submit an agreed order of dismissal. Otherwise, dismissal will be entered without prejudice.

2.  The court may, for good cause shown, reinstate this action to the active docket, which good cause shall be set forth in writing and filed with the Clerk within said thirty days.

The Clerk is directed to send copies of this Order to all counsel of record.

**It is SO ORDERED** this 9th day of September, 2020.

ENTER:

_David A. Faber_

David A. Faber
Senior United States District Judge