# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BLUEFIELD

**KRISTI MILLER,**

    **Plaintiff,**

**v.**                              Civil Action No. 1:19-cv-785

**S-D-R TRUCKING, INCORPORATED,**

    **Defendant.**

## DISMISSAL ORDER

**COME NOW** Plaintiff Kristi Miller, by counsel, Robert A. Campbell, Esquire, Brian E. Bigelow, Esquire and Farmer, Cline & Campbell, PLLC, and Defendant S-D-R Trucking, Incorporated, by counsel, Robert A. Lockhart, Esquire and Cipriani & Werner, P.C., and represent to the Court that all claims and controversies existing between them have been compromised and settled and are now moot.

**WHEREFORE**, it is hereby **ORDERED** that Plaintiff's claims against S-D-R Trucking, Incorporated are hereby **DISMISSED** with prejudice, with each party bearing their own costs and attorney fees, and that this matter be removed from the Court's docket.

The Clerk is directed to send certified copies of this Order to all counsel of record:

Entered this \_\_16th\_\_ day of October, 2020.

                                            /s/ David A. Faber
                                          HONORABLE DAVID A. FABER
                                          Senior United States District Judge

Prepared By:


/s/ Robert A. Lockhart
Robert A. Lockhart, Esquire (WVSB #4657)
CIPRIANI & WERNER, PC
Laidley Tower, Suite 900
500 Lee Street, East
Charleston, WV 25301
(304) 341-0500 (Telephone)
*Counsel for Defendant S-D-R Trucking, Incorporated*


Agreed to by:


/s/ Brian E. Bigwlow
Robert A. Campbell, Esquire (WVSB #6052)
Brian E. Bigelow, Esquire (WVSB #7693)
FARMER, CLINE & CAMPBELL, PLLC
Post Office Box 5559
101 North Kanawha Street – Suite 101
Beckley, West Virginia 25801
*Counsel for Plaintiff Kristi Miller*